UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **Katrice Tipton**, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | Cause No. 1:21-cv-417 |
| **Carrington Mortgage Services, LLC,** | ) ) ) | |
| Defendant(s). | ) | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), Nicholas R. Conlon respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Katrice Tipton in the above-styled cause only.  In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

    - U.S. District Court for the District of New Jersey, 12/03/2013
    - New York 1st Department, 07/14/2014
    - U.S. District Court for the District of New Jersey, 09/11/2014
    - U.S. District Court for the Southern District of New York, 04/01/2015
    - U.S. District Court for the Eastern District of Wisconsin, 03/31/2017
    - U.S. District Court for the Eastern District of New York, 03/06/2014
    - U.S. Court of Federal Claims, 04/09/2018
    - U.S. District Court for the Eastern District of Michigan, 06/19/2015
    - U.S. District Court for the District of North Dakota, 06/13/16
    - U.S. District Court for the District of Colorado, 01/30/2017
    - U.S. District Court for the Western District of Michigan, 08/10/2016

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: March 10, 2021               Respectfully submitted,

/s/ Nicholas R. Conlon
Nicholas R. Conlon
Brown, LLC
111 Town Square Place Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
nicholasconlon@jtblawgroup.com