UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Katrice Tipton,** individually and on behalf of others similarly situated,<br>          Plaintiff(s),<br>v.<br><br>**Carrington Mortgage Services, LLC.,**<br>          Defendant(s). | Cause No.1:21-cv-417 |

# ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Nicholas R. Conlon counsel for Katrice Tipton, for leave to appear and participate *pro hac vice* (Dkt. 5) in the above-captioned cause only.

Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Nicholas R. Conlon
Brown, LLC
111 Town Square Place Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: 855-582-5297
**Nicholasconlon@jtblawgroup.com**

Date: 3/12/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record
and to the following via ECF:

Nicholas R. Conlon
Nicholasconlon@jtblawgroup.com