UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Katrice Tipton, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:21-cv-00417-RLY-MG ) ) |
| vs. | ) ) |
| Carrington Mortgage Services, LLC, | ) ) |
| Defendant. | ) ) |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Having reviewed the Parties' Joint Stipulation of Voluntary Dismissal Without Prejudice, [ECF No. 14] and for good cause shown, it is hereby **ORDERED** that the Parties' Stipulation is **APPROVED**. It is **FURTHER ORDERED** that this action shall be dismissed without prejudice, with each side bearing its own attorneys' fees and costs.

The clerk is directed to close this action.

Date: 4/09/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record